AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Humphrey, Guy R. | US Bankruptcy Court | 05/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

120 W Third St
Dayton, Ohio 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/15/2000 | Member of EARL, LTD. (EARL) under which quarterly distributions are received (2000-2025) for attorney fees earned while partner (cont in Part VIII) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humphrey, Guy R. | 05/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | EARL, LTD., distribution of earned attorney fees | $55,086.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Franklin City School District -- Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humphrey, Guy R. | 05/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humphrey, Guy R. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRAs Fairfield National Bank | A | Interest | J | T | | | | | |
| 2.  Fifth Third Bank Accounts | A | Interest | L | T | | | | | |
| 3.  College Advantage 529 Account #2 (Guarant'd Savings Fund) | A | Interest | J | T | | | | | |
| 4.  Vestas Wind Systems | A | Dividend | J | T | | | | | |
| 5.  BlackRock | | | | | | | | | |
| 6.  -- 529 fund B (COLLEGEADV MODERATE 2001-A) | A | Interest | J | T | | | | | |
| 7.  Jackson National Life Insurance Company | | | | | | | | | |
| 8.  (Perspective II Fixed & Variable Annuity) | D | Int./Div. | L | T | | | | | |
| 9.  -- JNL/Franklin Templeton Found Strat | D | Int./Div. | L | T | | | | | |
| 10.  -- JNL/T. Rowe Price Established Growth | D | Int./Div. | L | T | | | | | |
| 11.  John Hancock Life Insurance Company -- John Hancock Trust | D | Int./Div. | L | T | | | | | |
| 12.  series type mutual fund managed by John Hancock Investment | | | | | | | | | |
| 13.  Management Services, LLC | | | | | | | | | |
| 14.  -- 500 Index B portfolio | A | Int./Div. | J | T | | | | | |
| 15.  -- American Bond portfolio | A | Int./Div. | J | T | | | | | |
| 16.  -- American Growth portfolio | A | Int./Div. | J | T | | | | | |
| 17.  -- American International portfolio | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humphrey, Guy R. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Global portfolio | A | Int./Div. | J | T | | | | | |
| 19. -- Fixed portfolio | A | Int./Div. | J | T | | | | | |
| 20. -- International Equity Index B portfolio | A | Int./Div. | J | T | | | | | |
| 21. -- Lifestyle Aggressive portfolio | A | Int./Div. | J | T | | | | | |
| 22. -- Mid Cap Index portfolio | A | Int./Div. | J | T | | | | | |
| 23. -- Natural Resources portfolio | A | Int./Div. | J | T | | | | | |
| 24. -- Small Cap Growth portfolio | A | Int./Div. | J | T | | | | | |
| 25. -- Small Cap Index portfolio | A | Int./Div. | J | T | | | | | |
| 26. -- Small Cap Value portfolio | A | Int./Div. | J | T | | | | | |
| 27. AXA/Equivest 403b Account | C | Int./Div. | K | T | | | | | |
| 28. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II (cont)

with former law firm, Chester Willcox & Saxbe (CWS), from national litigation between the State of Ohio and cigarette manufacturers. The members of EARL are former partners of CWS who were partners of CWS at the time of the fee award made in 2000. As of January 1, 2012, CWS merged with the law firm of Taft Stettinius & Hollister; however, there is no relationship between EARL and Taft Stettinius & Hollister other than that some of the members of EARL who were partners of CWS in 2000 are now partners or other attorneys with Taft Stettinius & Hollister. Distributions by EARL were fixed and set through a percentage formula agreed upon and established through the agreement and documents created in 2000 and the only function of EARL is to receive the fee award payments, to make the distributions to the members of EARL in accordance with the 2000 agreement, and to make all appropriate and required tax or other filings for EARL. The chief financial officer of Taft Stettinius & Hollister performs the ministerial task of preparing and mailing the EARL distribution checks.

| Name of Person Reporting | Date of Report |
|---|---|
| Humphrey, Guy R. | 05/09/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Guy R. Humphrey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544